# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1247

_____

Samar Akins

*Plaintiff - Appellant*

v.

Nebraska Court of Appeals and Supreme Court Justices, all; State of Nebraska, The

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: June 5, 2015
Filed: June 18, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, KELLY, Circuit Judges.

_____

PER CURIAM.

Samar Akins appeals the district court's[1] preservice dismissal of his pro se complaint, and the district court's imposition of filing restrictions. Upon careful

_____

[1]The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.

review, we conclude that the dismissal of Akins's complaint was proper because, among other reasons, he failed to state a claim upon which relief may be granted. See Ashcroft v. Iqbal, 556 U.S. 662, 679 (2009) (although legal conclusions can provide framework of complaint, they must be supported by factual allegations that plausibly give rise to entitlement to relief); see also Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (28 U.S.C. § 1915(e)(2)(B)(ii) dismissal is reviewed de novo). We further conclude that the district court did not abuse its discretion by imposing the filing restrictions. See In re Tyler, 839 F.2d 1290, 1290-91, 1294 (8th Cir. 1988) (per curiam) (affirming restrictions that limited litigant to single monthly pro se filing, and required him to provide certain documentation related to other filings); see also Bass v. Gen. Motors Corp., 150 F.3d 842, 851 (8th Cir. 1998) (imposition of sanctions under court's inherent authority is reviewed for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Akins's pending motion.

_____